IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADRICK P. WILLIAMS, ) | No. C 05-3667 JSW (PR) |
| Petitioner, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| S.W. ORNOSKI, Warden, ) | |
| Respondent. ) | |

On September 13, 2005, Petitioner filed this pro se petition for a writ of habeas corpus. On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had not submitted the correct application for leave to proceed *in forma pauperis*. The Court provided a copy of the correct *in forma pauperis* application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. More than thirty days have passed and Petitioner has not responded to the Court's request or otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or to submit the proper application.

IT IS SO ORDERED.

DATED: January 26, 2006

_____
JEFFREY S. WHITE
United States District Judge